# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Kronstadt, John A. | 2. Court or Organization<br><br>U.S. District Court for the Central District of California | 3. Date of Report<br><br>09/082015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>  magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Initial  ☐ Date<br>☐  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>1/1/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

255 East Temple Street
Room 760
Los Angeles, CA 90012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #2 |
| 2. | Director and Member of Executive Committee | Constitutional Rights Foundation |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | ▨ Salary and Benefits |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 09/08/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 09/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Horizons Mid Cap Equity Fund | E | Int./Div. | M | T | | | | | |
| 2. Horizons Large Cap Equity Fund | A | Int./Div. | J | T | | | | | |
| 3. Horizons Stable Income | A | Int./Div. | K | T | | | | | |
| 4. Los Angeles County Stable Balanced Fund | D | Int./Div. | M | T | | | | | |
| 5. Los Angeles County Stable Value Fund | B | Int./Div. | M | T | | | | | |
| 6. Allianz NFJ Mutual Fund | A | Int./Div. | K | T | | | | | |
| 7. Black Rock Large Cap Value Mutual Fund | A | Int./Div. | M | T | | | | | |
| 8. Henderson International Mutual Fund | A | Int./Div. | L | T | | | | | |
| 9. ML Winton Futures Access Mutual Fund | B | Int./Div. | M | T | | | | | |
| 10. CGM Focus Fund CGMFX | A | Int./Div. | J | T | | | | | |
| 11. CGM Tr Fund LOMMX | A | Int./Div. | J | T | | | | | |
| 12. CGM Realty CGMRX | A | Int./Div. | K | T | | | | | |
| 13. Los Angeles County Horizons Non-US Equity | B | Int./Div. | K | T | | | | | |
| 14. Los Angeles County Horizons Small Cap Equity | D | Int./Div. | K | T | | | | | |
| 15. Los Angeles County Horizons Midcap Equity | D | Int./Div. | L | T | | | | | |
| 16. Los Angeles County Horizons Non US Equity | B | Int./Div. | K | T | | | | | |
| 17. Los Angeles County Horizons Small Cap Equity | C | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 09/08/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Los Angeles County Savings Large Cap Equity | E | Int./Div. | N | T | | | | | |
| 19. Los Angeles County Savings Balanced Fund | D | Int./Div. | M | T | | | | | |
| 20. Los Angeles County Horizons Stable Income Fund | A | Int./Div. | K | T | | | | | |
| 21. Cal. Judges Retirement System Pension Plan | A | None | O | T | | | | | |
| 22. University of California Savings Fund | A | Int./Div. | J | T | | | | | |
| 23. University of California Equity Fund | A | Int./Div. | K | T | | | | | |
| 24. TIAA CREF Stock | A | Int./Div. | J | T | | | | | |
| 25. TIAA CREF Global Equities | A | Int./Div. | J | T | | | | | |
| 26. TIAA CREF Growth | A | Int./Div. | J | T | | | | | |
| 27. TIAA CREF Equity Index | A | Int./Div. | J | T | | | | | |
| 28. Oppenheimer Advantage Bank Deposit Sweep Account | A | Int./Div. | L | T | | | | | |
| 29. State of California SMBIA Bonds | A | Int./Div. | K | T | | | | | |
| 30. State of California Public Works Board Bond | A | Int./Div. | K | T | | | | | |
| 31. Merrill Lynch Money Market | A | Int./Div. | J | T | | | | | |
| 32. Franklin California High Yield Municipal Fund | D | Int./Div. | N | T | | | | | |
| 33. Oppenheiumer International Bond Fund OIBCX | B | Int./Div. | K | T | | | | | |
| 34. Vanguard Windsor II VWNFX | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 09/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PowerShares QQQ Trust | A | Int./Div. | L | T | | | | | |
| 36. ABT | A | Int./Div. | J | T | | | | | |
| 37. AXP | A | Int./Div. | K | T | | | | | |
| 38. AMGN | A | Int./Div. | K | T | | | | | |
| 39. T | A | Int./Div. | J | T | | | | | |
| 40. BAC | A | Int./Div. | J | T | | | | | |
| 41. CVX | A | Int./Div. | J | T | | | | | |
| 42. XOM | A | Int./Div. | J | T | | | | | |
| 43. MHS | A | Int./Div. | J | T | | | | | |
| 44. ESRX | A | Int./Div. | J | T | | | | | |
| 45. MSFT | A | Int./Div. | K | T | | | | | |
| 46. MON | A | Int./Div. | J | T | | | | | |
| 47. PG | B | Int./Div. | K | T | | | | | |
| 48. SJM | A | Int./Div. | J | T | | | | | |
| 49. UPS | A | Int./Div. | J | T | | | | | |
| 50. WMT | A | Int./Div. | K | T | | | | | |
| 51. Vanguard 529 College Savings Plan Moderate Age-Based Option | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 09/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard 529 College Savings Plan Agressive Age-Based Option | A | Int./Div. | J | T | | | | | |
| 53. HD | A | Int./Div. | J | T | | | | | |
| 54. IBM | A | Int./Div. | J | T | | | | | |
| 55. MON | A | Int./Div. | J | T | | | | | |
| 56. TXN | A | Int./Div. | J | T | | | | | |
| 57. QCOM | A | Int./Div. | J | T | | | | | |
| 58. Vanguard Health Care VGHCX | A | Int./Div. | K | T | Sold (part) | 12/26/14 | K | E | |
| 59. Vanguard Windsor II VWNFX | A | Int./Div. | J | T | Sold (part) | 12/26/14 | J | C | |
| 60. Vanguard Money Market VMMXX | A | Int./Div. | J | T | | | | | |
| 61. Alameda County California Pension Obligation Bonds (II) | A | None | K | T | | | | | |
| 62. Union Bank Investment Services Sweep Account | A | Int./Div. | K | T | Buy | 8/5/14 | L | | |
| 63. American Funds Money Market Fund 529-B | A | Int./Div. | L | T | | | | | |
| 64. American Funds Balanced Fund 529-E | A | Int./Div. | J | T | | | | | |
| 65. Conejo VY Calif. Uni. Sch. Dist Bonds | D | Int/Div. | | | Sold | 8/1/14 | K | D | |
| 66. Alameda Cal. Uni. Sch. Dist Bonds | A | Int/Div. | K | T | | | | | |
| 67. San Francisco City and County Redevelopment Bonds | B | Int./Div. | K | T | | | | | |
| 68. Bruce Fund Mutual Fund | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 09/08/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Northwest Mutual Life Insurance | C | Int./Div. | L | T | | | | | |
| 70. Lincoln Financial Group American Legacy II Variable Annuity | A | None | M | T | | | | | |
| 71. Putnam Hartford Capital Manager Variable Annuity | A | None | L | T | | | | | |
| 72. Round Hill Partnership (Real Property) | D | Distribution | L | W | | | | | |
| 73. Union Bank of California Cash Account | A | Interest | M | T | | | | | |
| 74. Oppenheimer Advantage Bank Deposit Sweep Account | A | Int./Div. | L | T | | | | | |
| 75. Wellsley Income Fund VWINX | B | Int./Div. | K | T | | | | | |
| 76. Vanguard 500 Index Fund VFIAX | C | Int./Div. | M | T | | | | | |
| 77. - Round Hill Partnership (Real Estate) Appraisal 12/30/2009 | D | Distribution | M | Q | | | | | |
| 78. - Country Club Offices Part. (Real Est.) Appraisal 12/30/09 | A | Distribution | J | Q | | | | | |
| 79. - Penn Center Limited Part. (Real Est.) Appraisal 12/30/09 | D | Distribution | M | Q | | | | | |
| 80. - Potomac Place Assoc. Part. (Real Est.) Appraisal 12/30/09 | D | Distribution | L | Q | | | | | |
| 81. MetLife Insurance (X) | A | None | J | T | | | | | |
| 82. Met Life Variable Annuity * | A | None | N | T | | | | | |
| 83. GNMA Pool | B | Int./Div. | J | T | | | | | |
| 84. One America Asset Care Long Term Care | D | Distribution | M | T | | | | | |
| 85. Trust #2 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 09/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Davenport & Co. Prime Cash Trust | A | Int./Div. | J | T | | | | | |
| 87. ASPCX | D | Dividend | M | T | | | | | |
| 88. FEGOX | A | None | J | T | | | | | |
| 89. PAUCX | B | Dividend | M | T | | | | | |
| 90. TEGBX | C | Dividend | L | T | | | | | |
| 91. OGMCX | A | None | J | T | | | | | |
| 92. ODVCX | A | Dividend | L | T | | | | | |
| 93. AFJCX | A | Dividend | L | T | | | | | |
| 94. MCLVX | A | None | M | T | | | | | |
| 95. HFOCX | B | Dividend | L | T | | | | | |
| 96. FCAHX | D | Dividend | N | T | | | | | |
| 97. OIBCX | B | Dividend | K | T | | | | | |
| 98. RDSA | A | None | J | T | | | | | |
| 99. GE Capital CD | A | Int./Div. | K | T | | | | | |
| 100. Pacific Life Annuity * | A | None | O | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 82:  This is not self-directed.

Line 100:  This is not self-directed.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John A. Kronstadt**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544